# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ERDMANN, ALEXANDER       §    Case No. 09-02308
                                §
                                §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/23/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/18/2010       By:  /s/ Michael G. Berland
                                        Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ERDMANN, ALEXANDER § Case No. 09-02308
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 17,833.50

*and approved disbursements of*     $ 3,981.00

*leaving a balance on hand of* [1]     $ 13,852.50

Claims of secured creditors will be paid as follows:

*Claimant*                                                 *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $ 2,533.27 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*                *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,241.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 9 | Department of the Treasury | $ 8,241.18 | $ 8,241.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 105,211.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,135.65 | $ 179.46 |
| 2 | PYOD LLC as assignee of Citibank c/o Resurgent Capital | $ 22,570.76 | $ 660.15 |
| 3 | CHASE BANK USA | $ 7,090.73 | $ 207.39 |
| 4 | American Express Centurion Bank | $ 35,781.43 | $ 1,046.53 |
| 5 | American Express Bank FSB | $ 4,962.83 | $ 145.15 |
| 6 | American Express Centurion Bank | $ 27,799.57 | $ 813.08 |
| 10 | Recovery Management Systems Corporation | $ 870.84 | $ 25.47 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/MICHAEL G. BERLAND
             Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                  Page 1 of 2                   Date Rcvd: Jun 21, 2010
Case: 09-02308                 Form ID: pdf006               Total Noticed: 44

The following entities were noticed by first class mail on Jun 23, 2010.
db           +Alexander Erdmann,    2 Genesee Court,    Bolingbrook, IL 60440-1459
aty          +Robert V Schaller,    Schaller Law Firm,    700 Commerce Drive,   Suite 500,
               Oak Brook, IL 60523-8736
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
14246583      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
14246582      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
13456788     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
13456789      Andy Erdmann,    Moerike Street,    GERMANY,    Asperg
13456790     +Aurora Loan,    Pob 1706,   Scottsbluff, NE 69363-1706
14312879     +Aurora Loan Services, LLC,    c/o Dutton & Dutton,    10325 W Lincoln Hwy,
               Frankfort, IL 60423-1280
13456791      Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
13456792     +Bmby/Cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
14041135     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13456793     +Catherine Erdmann,    2 Genesee Court,    Bolingbrook, IL 60440-1459
13456794     +Charter One,    1 Citizens Dr,    Riverside, RI 02915-3019
13456795      Chase,   Bank One Card Serv,    Westerville, OH 43081
13456796     +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
13456798     +Comunity Fst,    2626 S. Oneida St,    Appleton, WI 54915-2101
13456799     +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
13456801      Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709
13456804    ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
             (address filed with court: Guaranty Savings Bk,     7901 W Brown Deer Rd,   Milwaukee, WI 53223)
13456805     +Hsbc/Menards,    Pob 15521,   Wilmington, DE 19850-5521
13456806     +Hsbc/Mnrds,    90 Christiana Road,    New Castle, DE 19720-3118
13456807     +Hsbc/Rs,   Pob 15521,    Wilmington, DE 19850-5521
14323516    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,    POB 21126,
               Philadelphia, PA 19114)
13456810     +Nextcard Inc,    P.O. Box 923148,    Norcross, GA 30010-3148
13456811     +Nicor,   PO BOX 416,    Aurora, IL 60507-0416
14028727     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13456812     +Peoples Untd,    1000 Lafayette Blv,    Bridgeport, CT 06604-4707
13456813     +Sears/Cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13456814     +Sharepls Fcu,    18333 Preston Rd,    Dallas, TX 75252-5466
13456815     +Tabank,   5595 Trillium Blvd,    Schaumburg, IL 60192-3405
13456816      Target Nb,    Mailstop 2bd  P O Box 9475,    Minneapolis, MN 55440-9475
14312804     +US Attorney General,    Tax Division (DOJ),    POB 55,   Ben Franklin Station,
               Washington, DC 20044-0055
13456817     +Wffinancial,    1927 S Hurstbourne,    Louisville, KY 40220-1645
13456818      Wi Electric,    333 W Everett,    Milwaukee, WI 53201
The following entities were noticed by electronic transmission on Jun 21, 2010.
13456787     +E-mail/Text: ebnbankruptcy@ahm.honda.com                             Amer Honda,    2170 Point Blvd,
               Elgin, IL 60123-7885
13456797     +E-mail/Text: legalcollections@comed.com                              ComED,   Bankruptcy Department,
               555 Waters Edge,    Lombard, IL 60148-7044
13967237      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2010 01:18:48      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,   New Albany, Ohio   43054-3025
13456800      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2010 01:18:48      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
13456802     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2010 01:28:25      Gemb/Meijer,    Po Box 981400,
               El Paso, TX 79998-1400
13456803     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2010 01:28:25      Gemb/Meijrdc,    Po Box 981416,
               El Paso, TX 79998-1416
13456808      E-mail/PDF: cr-bankruptcy@kohls.com Jun 22 2010 01:23:33      Kohls/Chase,   N56 W17000 Ridge,
               Menomonee Fall, WI 53051
13456809     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2010 01:28:25      Lowe's,   PO BOX 530914,
               Atlanta, GA 30353-0914
14323616     +E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2010 01:28:26
               Recovery Management Systems Corporation,    For GE Money Bank,   dba MEIJER PLATINUM MC,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14312911      Aurora Loan Services, LLC
14323518      Department of the Treasury
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dramey           Page 2 of 2              Date Rcvd: Jun 21, 2010
Case: 09-02308                Form ID: pdf006        Total Noticed: 44
```

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2010**                    **Signature:**   _Joseph Speetjens_