# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ERDMANN, ALEXANDER § | Case No. 09-02308 |
| § | |
| § | |
| Debtor(s)    § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $439,024.62 | Assets Exempt: $35,024.62 |
| Total Distribution to Claimants: $11,320.58 | Claims Discharged Without Payment: $121,476.70 |
| Total Expenses of Administration: $6,514.27 | |

3) Total gross receipts of $ 17,834.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,834.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $437,376.00 | $316,520.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,514.27 | 6,514.27 | 6,514.27 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 16,482.36 | 8,241.18 | 8,241.18 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 117,994.76 | 105,211.81 | 105,211.81 | 3,079.40 |
| TOTAL DISBURSEMENTS | $555,370.76 | $444,728.44 | $119,967.26 | $17,834.85 |

    4) This case was originally filed under Chapter 7 on January 27, 2009. . The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/07/2010</u>    By: <u>/s/MICHAEL G. BERLAND</u>
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Claim against Baker College-scheduled | 1149-000 | 17,826.75 |
| Interest Income | 1270-000 | 8.10 |
| **TOTAL GROSS RECEIPTS** | | **$17,834.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Loan Services, LLC | 4110-000 | N/A | 316,520.00 | 0.00 | 0.00 |
| AURORA LOAN | 4110-000 | 316,250.00 | N/A | N/A | 0.00 |
| CHARTER 1 | 4110-000 | 121,126.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$437,376.00** | **$316,520.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,533.27 | 2,533.27 | 2,533.27 |
| UNITED STATES TREASURY-IRS | 2810-000 | N/A | 3,282.00 | 3,282.00 | 3,282.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 199.00 | 199.00 | 199.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,514.27 | 6,514.27 | 6,514.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US Attorney General | 5800-000 | N/A | 8,241.18 | 0.00 | 0.00 |
| Department of the Treasury | 5800-000 | N/A | 8,241.18 | 8,241.18 | 8,241.18 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 16,482.36 | 8,241.18 | 8,241.18 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | 6,135.00 | 6,135.65 | 6,135.65 | 179.59 |
| PYOD LLC as assignee of Citibank c/oResurgent Capital | 7100-000 | 21,929.00 | 22,570.76 | 22,570.76 | 660.61 |
| CHASE BANK USA | 7100-000 | 6,995.47 | 7,090.73 | 7,090.73 | 207.54 |
| American Express Centurion Bank | 7100-000 | 35,791.43 | 35,781.43 | 35,781.43 | 1,047.27 |
| American Express Bank FSB | 7100-000 | N/A | 4,962.83 | 4,962.83 | 145.25 |
| American Express Centurion Bank | 7100-000 | 27,799.57 | 27,799.57 | 27,799.57 | 813.65 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 870.84 | 870.84 | 25.49 |
| Kohls/Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Lowe's | 7100-000 | 5,501.00 | N/A | N/A | 0.00 |
| Nicor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Nextcard Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hsbc/Mnrds | 7100-000 | 145.12 | N/A | N/A | 0.00 |
| Hsbc/Rs | 7100-000 | 1,237.00 | N/A | N/A | 0.00 |
| Guaranty Savings Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Peoples Untd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hsbc/Menards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Gemb/Meijrdc | 7100-000 | 850.84 | N/A | N/A | 0.00 |
| Sharepls Fcu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Wi Electric | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| ComED Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Wi Electric | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Wffinancial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Tabank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Target Nb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Sears/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Gemb/Meijer | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Sharepls Fcu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Sears/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Countrywide | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Amer Honda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Amer Honda | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Amex | 7100-000 | 4,962.83 | N/A | N/A | 0.00 |
| Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Comunity Fst | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Comunity Fst | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Comunity Fst | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Chase Bank One Card Serv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Andy Erdmann Moerike Street | 7100-000 | 6,647.50 | N/A | N/A | 0.00 |
| Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Dsnb Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bmby/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 117,994.76 | 105,211.81 | 105,211.81 | 3,079.40 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-02308
Case Name: ERDMANN, ALEXANDER
Period Ending: 09/07/10

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 01/27/09 (f)
§341(a) Meeting Date: 02/23/09
Claims Bar Date: 08/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 Genesse Court, Bolingbrook-scheduled | 404,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash-scheduled | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods & furnishings-scheduled | 3,750.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books,pictures-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel-scheduled | 3,550.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscelleneous furs & jewelry-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Retriement account-scheduled | 25,775.65 | 0.00 | DA | 0.00 | FA |
| 9 | Claim against Baker College-scheduled | Unknown | 17,826.75 | | 17,826.75 | FA |
| 10 | Pi claim-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Misccellaneous property-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Charter 1 account-scheduled | 148.97 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.10 | Unknown |
| 13 | Assets     Totals (Excluding unknown values) | $439,024.62 | $17,826.75 | | $17,834.85 | $0.00 |

Major Activities Affecting Case Closing:

The Trustee filed a Motion to Compromise certain litigation relating to a breach of contract. the Trustee filed tax returns.

Initial Projected Date Of Final Report (TFR):   December 31, 2013          Current Projected Date Of Final Report (TFR):   December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-02308 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | ERDMANN, ALEXANDER | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | **-***9705 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/09 | {9} | Baker College | Payment of settlement for employment termination | 1149-000 | 17,826.75 | | 17,826.75 |
| 07/09/09 | 1001 | UNITED STATES TREASURY-IRS | Payment of federal tax due | 2810-000 | | 3,282.00 | 14,544.75 |
| 07/09/09 | 1002 | Illinois Department of Revenue | Payment of state tax due | 2820-000 | | 199.00 | 14,345.75 |
| 07/13/09 | 1003 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 13,845.75 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 13,846.39 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,846.97 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,847.53 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,848.09 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,848.67 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,849.25 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,849.79 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,850.31 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 13,850.93 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 13,851.02 |
| 04/06/10 | | Wire out to BNYM account 9200******2865 | Wire out to BNYM account 9200******2865 | 9999-000 | -13,851.02 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 3,981.00 | 3,981.00 | $0.00 |
| Less: Bank Transfers | | -13,851.02 | 0.00 | |
| Subtotal | | 17,832.02 | 3,981.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | **$17,832.02** | **$3,981.00** | |

{} Asset reference(s)

Printed: 09/07/2010 03:06 PM V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| Case Number: | 09-02308 | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | ERDMANN, ALEXANDER | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****28-66 - Checking Account |
| Taxpayer ID #: | **-***9705 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/07/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)   Printed: 09/07/2010 03:06 PM   V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 09-02308  
Case Name: ERDMANN, ALEXANDER  

Taxpayer ID #: **-***9705  
Period Ending: 09/07/10  

Trustee: MICHAEL G. BERLAND (520196)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******28-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | 9999-000 | 13,851.02 | | 13,851.02 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.66 | | 13,851.68 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.82 | | 13,852.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.80 | | 13,853.30 |
| 07/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.55 | | 13,853.85 |
| 07/20/10 | | To Account #9200*******2866 | Transfer for purpose of Final report distribution | 9999-000 | | 13,853.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,853.85 | 13,853.85 | $0.00 |
| | | | Less: Bank Transfers | | 13,851.02 | 13,853.85 | |
| | | | Subtotal | | 2.83 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.83** | **$0.00** | |

{} Asset reference(s)

Printed: 09/07/2010 03:06 PM   V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-02308 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | ERDMANN, ALEXANDER | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-66 - Checking Account |
| Taxpayer ID #: | **-***9705 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/20/10 | | From Account #9200******2865 | Transfer for purpose of Final report distribution | 9999-000 | 13,853.85 | | 13,853.85 |
| 07/26/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,533.27, Trustee Compensation; Reference: | 2100-000 | | 2,533.27 | 11,320.58 |
| 07/26/10 | 10102 | Department of the Treasury | Dividend paid 100.00% on $8,241.18; Claim# 9; Filed: $8,241.18; Reference: | 5800-000 | | 8,241.18 | 3,079.40 |
| 07/26/10 | 10103 | DISCOVER BANK | Dividend paid 2.92% on $6,135.65; Claim# 1; Filed: $6,135.65; Reference: | 7100-000 | | 179.59 | 2,899.81 |
| 07/26/10 | 10104 | PYOD LLC as assignee of Citibank c/oResurgent Capital | Dividend paid 2.92% on $22,570.76; Claim# 2; Filed: $22,570.76; Reference: | 7100-000 | | 660.61 | 2,239.20 |
| 07/26/10 | 10105 | CHASE BANK USA | Dividend paid 2.92% on $7,090.73; Claim# 3; Filed: $7,090.73; Reference: | 7100-000 | | 207.54 | 2,031.66 |
| 07/26/10 | 10106 | American Express Centurion Bank | Dividend paid 2.92% on $35,781.43; Claim# 4; Filed: $35,781.43; Reference: | 7100-000 | | 1,047.27 | 984.39 |
| 07/26/10 | 10107 | American Express Bank FSB | Dividend paid 2.92% on $4,962.83; Claim# 5; Filed: $4,962.83; Reference: | 7100-000 | | 145.25 | 839.14 |
| 07/26/10 | 10108 | American Express Centurion Bank | Dividend paid 2.92% on $27,799.57; Claim# 6; Filed: $27,799.57; Reference: | 7100-000 | | 813.65 | 25.49 |
| 07/26/10 | 10109 | Recovery Management Systems Corporation | Dividend paid 2.92% on $870.84; Claim# 10; Filed: $870.84; Reference: | 7100-000 | | 25.49 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 13,853.85 | 13,853.85 | $0.00 |
| Less: Bank Transfers | | 13,853.85 | 0.00 | |
| Subtotal | | 0.00 | 13,853.85 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $13,853.85 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****28-65 | 17,832.02 | 3,981.00 | 0.00 |
| Checking # ***-*****28-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******28-65 | 2.83 | 0.00 | 0.00 |
| Checking # 9200-******28-66 | 0.00 | 13,853.85 | 0.00 |
| | $17,834.85 | $17,834.85 | $0.00 |

{} Asset reference(s)  Printed: 09/07/2010 03:06 PM  V.12.52